UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **RONTE ANTONIO WAIGHT,** | ) | NO. ED CV 09-0276-ODW(CT) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING |
| | ) | MAGISTRATE JUDGE'S |
| v. | ) | REPORT AND RECOMMENDATION ON |
| | ) | PETITION FOR WRIT OF HABEAS |
| **BRIAN HAWS, Warden,** | ) | CORPUS BY A PERSON IN STATE |
| | ) | CUSTODY |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the court has reviewed the entire file de novo, including the petition, respondent's answer, and the magistrate judge's report and recommendation.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is accepted.

2. Judgment shall be entered consistent with this order.

3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: August 12, 2009

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE