1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **RONTE ANTONIO WAIGHT,** | ) | NO. ED CV 09-0276-ODW(CT) |
| | ) | |
| **Petitioner,** | ) | JUDGMENT |
| | ) | |
| **v.** | ) | |
| | ) | |
| **BRIAN HAWS, Warden,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: August 12, 2009

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE